UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ABDUL KAHIR,

             Plaintiff,

    - against -                   08 Civ. 3694 (JES)

                                          ORDER
ANDREA QUARANTILLO, New York District Director,
US Citizenship and Immigration Services, DHS;
CHRISTOPHER SHANAHAN, New York Field Office Director,
Office of Detention and Removal, DHS;

             Defendants.
----------------------------------------X

    Counsel to all parties in the above-captioned action having appeared before the Court by telephone Conference on April 17, 2008, and plaintiff having submitted his Order to Show Cause for a Stay of Deportation on April 17, 2008, and the Court having considered all matters raised, it is

    **ORDERED** that, for the reasons stated on the record at the aforementioned Conference, all proceedings in this matter shall be stayed and remain in <u>status quo</u> pending further Order of this Court; and it is further

    **ORDERED** that defendants shall be and hereby are granted leave to submit their Memorandum of Law, not to exceed twenty five (25) pages, on or before May 17, 2008; and it is further

    **ORDERED** that plaintiff shall submit his Response to defendants' Memorandum, not to exceed twenty five (25) pages, on or before May 27, 2008; and it is further

    **ORDERED** that Oral Argument shall occur on June 5, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:    New York, New York
            April 17, 2008

                                                  _____
                                                  John E. Sprizzo
                                                  United States District Judge

