MAY-09-2008  16:39        USAO                         718 422 5130   P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDUL KAHIR,
A29 088 759                    Plaintiff,

v.                                                            **STIPULATED
                                                              ORDER OF
                                                              DISMISSAL**
                                                              08-cv-3694 (JES)

ANDREA QUARANTILLO, New York District Director,
US Citizenship and Immigration Services, DHS;
CHRISTOPHER SHANAHAN, New York Field Office Director,
Office of Detention and Removal, DHS;
                    Defendants.



The parties hereby stipulate and agree that this action is dismissed, with prejudice and without costs or attorney fees to either side, and the temporary restraining order issued on April 17, 2008 is hereby vacated.

For purpose of this stipulation facsimile signatures shall operate as originals.

Dated: New York, New York

May 9, 2008

By: _____
PAUL O'DWYER, Esq.
Attorney for Petitioner
134 West 26 Street, Suite 902
New York, NY 10001
(646) 230-7444

Page 1 of 2

MAY-09-2008  16:39        USAO                           718 422 5130    P.03

Dated: New York, New York
      May 9, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Respondent

                 By:    *[signature]*
                              PATRICIA L. BUCHANAN
                              Assistant United States Attorney
                              86 Chambers Street
                              New York, NY 10007
                              Telephone: (212) 637-3274

SO ORDERED:

*[signature]*
JOHN E. SPRIZZO, U.S.D.J.

TOTAL P.03